1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GETTY IMAGES (US), INC., a New York corporation,

               Plaintiff,

     v.

VIRTUAL CLINICS, d/b/a VIRTUAL CLINICS USA; VETERINARY WEBSITE DESIGNERS, d/b/a VET WEB DESIGNERS; RONALD CAMP; KENDRA RYAN, a/k/a KENDRA CAMP; JOHN DOE ONE, a/k/a ABE and ABRAHAM GOLDSTIEN; and JOHN DOE TWO, a/k/a HARRY GRANGER,

               Defendants.

No.

COMPLAINT

Plaintiff Getty Images (US), Inc. ("Getty Images"), by and through its undersigned attorneys, alleges as follows:

**INTRODUCTION**

1.     Plaintiff Getty Images brings this action to recover damages resulting from copyright infringements by defendants Virtual Clinics, Veterinary Website Designers, Ronald Camp, Kendra Ryan, John Doe One and John Doe Two of photographic images exclusively licensed to Getty Images, and to enjoin future infringements by defendants of

COMPLAINT – Page 1

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

those copyrights. Defendants have reproduced, displayed, distributed and otherwise misused the protected images on numerous websites, including those identified in this Complaint, without authorization and without paying Getty Images the required commercial license fee. Defendants' conduct violates the rights of Getty Images and the rights of the photographers that Getty Images represents.

## PARTIES

2.     Plaintiff Getty Images is a New York corporation with its principal place of business in New York, New York.

3.     Defendant Virtual Clinics, doing business as Virtual Clinics USA, is a business organization of unknown legal authority, operating from an address in Westlake Village, California and doing business in Washington. Upon information and belief, Virtual Clinics is owned and/or controlled by defendants Veterinary Website Designers, Ronald Camp, Kendra Ryan, John Doe One and John Doe Two.

4.     Defendant Veterinary Website Designers, doing business as Vet Web Designers, is a business organization of unknown legal authority, operating from an address in Westlake Village, California and doing business in Washington. Upon information and belief, Veterinary Website Designers is owned and/or controlled by defendants Virtual Clinics, Ronald Camp, Kendra Ryan, John Doe One and John Doe Two.

5.     Defendant Ronald Camp ("Camp") is or was a resident of California. Camp is the spouse of defendant Kendra Ryan. In 1983, Camp pled guilty to federal charges of fraud and served time in prison. *See United States v. Kendra Ryan Camp, Ronald Edwin Camp*, No. 83-cr-113-C (United States District Court, Northern District of Oklahoma). Upon information and belief, Camp directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

COMPLAINT – Page 2

6. Defendant Kendra Ryan ("Ryan"), also known as Kendra Camp, is or was a resident of California. Ryan is the spouse of defendant Camp. In 1983, Ryan pled guilty to federal charges of fraud and served time in prison. *See Kendra Ryan Camp, Ronald Edwin Camp*, No. 83-cr-113-C (United States District Court, Northern District of Oklahoma). Upon information and belief, Ryan directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

7. Defendant John Doe One ("Doe One"), using the aliases Abe and Abraham Goldstien, purports to be "Legal Counsel" for defendants Virtual Clinics and Veterinary Website Designers. Doe One's true identity, and state or country of Doe One's residence, are currently unknown to Getty Images and, for those reasons, Doe One is identified by such fictitious name. Upon information and belief, Doe One directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

8. Defendant John Doe Two ("Doe Two"), using the alias Harry Granger, is believed to be employed as a graphic and/or website designer for defendants Virtual Clinics and Veterinary Website Designers. Doe Two's true identity, and state or country of Doe Two's residence, are currently unknown to Getty Images and, for those reasons, Doe Two is identified by such fictitious name. Upon information and belief, Doe Two directly participated in the wrongful conduct alleged in this Complaint, and/or had the right and ability to supervise, direct and control the wrongful conduct of others, and derived a direct financial benefit from that wrongful conduct.

COMPLAINT – Page 3

1

**JURISDICTION AND VENUE**

2      9.      This Court has original jurisdiction over this action, pursuant to 28 U.S.C. §§

3  1331 and 1338(a), as this action involves claims brought under federal law, the Copyright

4  Act, 17 U.S.C. § 101, *et seq.*

5      10.      Defendants are subject to personal jurisdiction in this Court because they

6  have purposefully aimed at Washington their activities from which the claims asserted in

7  this Complaint arise.  Upon information and belief, defendants' contacts with Washington

8  include but are not limited to personal visits to Washington by defendants Camp and Ryan

9  for the purpose of soliciting veterinarian customers, defendants' development of websites

10  for veterinarian customers in Washington, including Companion Animal Hospital

11  (www.companionbellevue.com) in Bellevue, Washington and Canyon Park Veterinary

12  Hospital (www.canyonparkvet.com) in Bothell, Washington that display or displayed

13  protected images that are the subject of this action, and defendants' ongoing contacts with

14  veterinarian customers in Washington in connection to maintaining websites developed by

15  defendants.  Additionally, defendants own, operate and/or control multiple websites,

16  including www.virtualclinics.net, www.veterinarywebsitedesigners.com,

17  www.vetwebdesigners.com, www.petclinicwebsites.com and

18  www.animalhousemagazine.com throughout Washington, purposefully direct those

19  websites to residents of Washington, and otherwise are engaged in business in Washington.

20      11.      Venue is proper in the Western District of Washington, pursuant to 28

21  U.S.C. § 1391(b)(2) - (3), because a substantial part of the events or omissions giving rise

22  to the claims asserted in this Complaint occurred in the District, or because there is no

23  district in which the action may otherwise be brought and at least one defendant is subject

24  to personal jurisdiction in this District.  Venue is also proper in this District, pursuant to 28

25  U.S.C. §§ 1391(c)(2) and 1400(a), as Virtual Clinics and Veterinary Website Designers

26  and/or their agents reside in this District.

COMPLAINT – Page 4

**FACTUAL BACKGROUND**

12.     Getty Images is one of the world's leading digital content providers, supplying imagery, video and music to business customers.  Getty Images licenses content for a wide variety of uses, including use online, in websites, books, newspapers, magazines, television and film productions, advertisements, marketing materials, products and packaging.  Getty Images generates revenue from licensing the rights to use its content, including imagery, and from providing related services.

13.     Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally.  Visitors to Getty Images' website, www.gettyimages.com, can search through and view millions of images and obtain licenses for those images online.

14.     Getty Images owns some of the content that it licenses.  Getty Images also acts as the distributor for more than 150,000 content suppliers – contributors, such as individual photographers, illustrators, filmmakers, media organizations, other stock photo agencies, and independent musicians.  Content suppliers typically prefer to retain ownership of their works and, as a result, copyrights in the content remain with the artists in most cases, while Getty Images obtains by contract the right to market, distribute, and license that content to third parties.  Some of this content is licensed to Getty Images on an exclusive basis.

**DEFENDANTS' WRONGFUL CONDUCT**

15.     Beginning at a time unknown and continuing to the present, defendants Virtual Clinics, Veterinary Website Designers, Camp, Ryan, Doe One and Doe Two have engaged in repeated unlawful acts and practices, which have included extensive infringements of copyrights in photographic images exclusively licensed to Getty Images and attempts to disguise their identity and location.

COMPLAINT – Page 5

16.     Defendants have pursued a business model built around a web of false and misleading statements.  By way of example, defendant Ryan holds herself out as a "professor" of an undisclosed affiliation with a post doctorate degree in an undisclosed discipline.  Additional credentials claimed by "Professor Ryan" include the following:

Chairman, International Veterinary Society (Geneva, Switzerland)

President, U.S. National Veterinary Education Association

Director of Education, Society of Internet Doctors (Geneva, Switzerland)

Chief Executive Officer, Vet Web Designers and Virtual Clinics

Senior Editor, Animal House Magazine[1]

Upon information and belief, the credentials and affiliations claimed by Ryan do not exist, are not verifiable, or relate to fictitious organizations and/or businesses owned or controlled by defendants Ryan and Camp.

17.     Defendant Camp has claimed at various times to hold a "doctorate" in chiropractic care and degrees in "Biology, Chemistry, Chiropractic and Clinical Nutrition," as well as being a "best selling author" and a "Certified Veterinary Chiropractic Technician."  Additional credentials claimed by "Dr. Camp" include the following:

Chairman, International Veterinary Society

Director of Education, Society of Internet Doctors

European Liaison, National Veterinary Education Association

Chief Financial Officer, Virtual Clinics

President, Virtual Clinics Veterinary Management Consultants[2]

Upon information and belief, the credentials and affiliations claimed by Camp do not exist, are not verifiable, or relate to fictitious organizations and/or businesses owned or controlled by defendants Camp and Ryan.

---

[1] http://www.veterinaryeducation.org/meet_our_chairman.htm (March 16, 2013).

[2] http://www.internationalveterinarysociety.org/nutritional_seminars.htm (archived).

COMPLAINT – Page 6

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

18.     Defendants Virtual Clinics and Veterinary Websites Designers claim to operate from addresses in Westlake Village, California and Geneva, Switzerland.  Upon information and belief, the California address is a private mailbox associated with defendants Camp and Ryan; the Swiss address is a temporary office rental business.  Mail addressed to defendants at the Swiss address has been returned as undeliverable by Swiss postal authorities.

19.     Defendants Virtual Clinics and Veterinary Website Designers claim to be legally represented by "Abraham Goldstien," which, upon information and belief, is an alias used by defendant Doe One.  Doe One has claimed at various times to be "Legal Counsel" and "V.P. Legal Affairs" for the corporate defendants, and has used the address in Switzerland described in the preceding paragraph, although at least some correspondence from Doe One was postmarked as having been mailed from Orlando, Florida.

20.     Defendants Virtual Clinics and Veterinary Website Designers advertise, distribute and sell pet food and other products through defendants' website www.animalhousemagazine.com and through websites developed by defendants for their veterinary customers.  Online purchases are processed by PayPal and credited to a merchant account in the name of defendant Virtual Clinics.  Telephone orders are handled by "Abe," which, upon information and belief, is an alias used by defendant Doe One.

21.     Upon information and belief, defendants Virtual Clinics and Veterinary Website Designers employ Doe Two as a graphic and/or website designer.  Doe Two uses the name "Harry" in his communications with defendants' veterinary customers, including those located in Washington, and maintains a Facebook page in the name of "Harry Granger."   Upon information and belief, Doe Two is personally responsible for designing and developing websites that display or displayed protected images that are the subject of this action.

COMPLAINT – Page 7

22.     Defendants have used false and misleading statements to create a lucrative website design business that profits, in part, by using photographic images that are the protected works of others.  Defendants have incorporated those works in websites they designed for their veterinary customers and others, without seeking authorization from, or making payments to, the authors of those works.  Photographic images infringed by defendants include many that are exclusively licensed to Getty Images.

23.     By way of example, defendants' infringements of copyrights include, but are not limited to, the following:

a.     In or about April 2011, Getty Images identified a photographic image, with the catalog description "200374104-001 Dog sleeping in bed between two people (focus on feet)," that had been reproduced, displayed, and distributed on the website www.hotspringsvillagewebsites.com without authorization by Getty Images.  Upon information and belief, the identified site was designed and was owned, operated and/or controlled by defendants Virtual Clinics and Veterinary Website Designers, and used by them to promote defendants' website development services.  By letter dated June 30, 2011, Getty Images notified Village Hot Springs Websites in Westlake Village, California that its use of the image was without authorization and constituted copyright infringement.  The photographic image is the subject of copyright Certificate of Registration VA 1-850-496 (dated March 4, 2013), a true and correct copy of which is attached as Exhibit A-1.

b.     In or about August 2011, Getty Images identified two photographic images, with the catalog descriptions "200374104-001 Dog sleeping in bed between two people (focus on feet)" and "200396789-001 Brown and white dog licking tabby cat" that had been reproduced, displayed, and distributed on the website www.canyonparkvet.com without authorization by Getty Images.  By letter dated January 19, 2012, Getty Images notified Canyon Park Veterinary Hospital in

COMPLAINT – Page 8

YARMUTH WILSON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1      Bothell, Washington that its use of the images was without authorization and

2      constituted copyright infringement.  Getty Images received a response by letter from

3      "Abraham Goldstien," who claimed he was "V.P. Legal Affairs" for defendants

4      Virtual Clinics and Veterinary Website Designers.  Goldstien's letter denied

5      copyright infringement and threatened legal and other action against Getty Images.

6      The photographic images are the subject of copyright Certificates of Registration

7      VA 1-850-496 (dated March 4, 2013) and VAu 713-178 (dated August 18, 2006),

8      respectively.  True and correct copies of the Certificates of Registration are attached

9      as Exhibits A-1 and A-2, respectively.

10            c.      In or about August 2011, Getty Images identified a photographic

11      image, with the catalog description "200374104-001 Dog sleeping in bed between

12      two people (focus on feet)," that had been reproduced, displayed, and distributed on

13      the website www.unioncityvetmedcenter.com without authorization by Getty

14      Images.  By letter dated January 12, 2012, Getty Images notified Veterinary Medical

15      Center in Union City, California that its use of the image was without authorization

16      and constituted copyright infringement.  Getty Images received a response by letter

17      from "Abraham Goldstien," who claimed he was "Legal Counsel" for defendant

18      Virtual Clinics.  Goldstien's letter denied copyright infringement and threatened

19      legal and other action against Getty Images.  The photographic image is the subject

20      of copyright Certificate of Registration VA 1-850-496 (dated March 4, 2013), a true

21      and correct copy of which is attached as Exhibit A-1.

22            d.      In or about October 2011, Getty Images identified a photographic

23      image, with the catalog description "200396789-001 Brown and white dog licking

24      tabby cat," that had been reproduced, displayed, and distributed on the website

25      www.companionchillicothe.com without authorization by Getty Images.  By letter

26      dated February 16, 2012, Getty Images notified Companion Animal Hospital in

COMPLAINT – Page 9

Chillicothe, Ohio that its use of the image was without authorization and constituted copyright infringement.  Getty Images received a response by letter from "Abraham Goldstien," who claimed he was "V.P. Legal Affairs" for defendants Virtual Clinics and Veterinary Website Designers.  Goldstien's letter denied copyright infringement and threatened legal and other action against Getty Images.  The photographic image is the subject of copyright Certificate of Registration VAu 713-178 (dated August 18, 2006), a true and correct copy of which is attached as Exhibit A-2.

e.       In or about November 2011, Getty Images identified a photographic image, with the catalog description "200396789-001 Brown and white dog licking tabby cat," that had been reproduced, displayed, and distributed on the website www.texas-petvax.com without authorization by Getty Images.  By letter dated March 15, 2012, Getty Images notified Texas Pet Vax in Rowlett, Texas that its use of the image was without authorization and constituted copyright infringement. Getty Images received a response by letter from "Abraham Goldstien," who claimed he was "V.P. Legal Affairs" for defendants Virtual Clinics and Veterinary Website Designers.  Goldstien's letter denied copyright infringement and threatened legal and other action against Getty Images.  The photographic image is the subject of copyright Certificate of Registration VAu 713-178 (dated August 18, 2006), a true and correct copy of which is attached as Exhibit A-2.

f.       In or about January 2012, Getty Images identified a photographic image, with the catalog description "200374104-001 Dog sleeping in bed between two people (focus on feet)," that had been reproduced, displayed, and distributed on the website www.aucccmi.com without authorization by Getty Images.  By letter dated April 12, 2012, Getty Images notified Animal Urgent & Critical Care Center in Harper Woods, Michigan that its use of the image was without authorization and constituted copyright infringement.  Getty Images received a response by letter from

COMPLAINT – Page 10

YARMUTH WILSONSON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

"Abraham Goldstien," who claimed he was "Legal Counsel" for defendants Virtual Clinics and Veterinary Website Designers.  Goldstien's letter denied copyright infringement and threatened legal and other action against Getty Images.  The photographic image is the subject of copyright Certificate of Registration VA 1-850-496 (dated March 4, 2013), a true and correct copy of which is attached as Exhibit A-1.

g.      In or about February 2012, Getty Images identified a photographic image, with the catalog description "200374104-001 Dog sleeping in bed between two people (focus on feet)," that had been reproduced, displayed, and distributed on the website www.abcanimalclinic.com without authorization by Getty Images.  By letter dated April 26, 2012, Getty Images notified ABC Animal Clinic in San Jose, California that its use of the image was without authorization and constituted copyright infringement.  Upon information and belief, the identified site was designed by defendants Virtual Clinics and Veterinary Website Designers.  The photographic image is the subject of copyright Certificate of Registration VA 1-850-496 (dated March 4, 2013), a true and correct copy of which is attached as Exhibit A-1.

h.      In or about April 2012, Getty Images identified a photographic image, with the catalog description "200518841-002 Mixed breed dog with paws covering eyes," that had been reproduced, displayed, and distributed on the website www.hometownvetservices.com without authorization by Getty Images.  By letter dated May 24, 2012, Getty Images notified Hometown Veterinary Services in Canton, Ohio that its use of the image was without authorization and constituted copyright infringement.  Getty Images received a response by letter from "Abraham Goldstien," who claimed he was "Legal Counsel" for defendants Virtual Clinics and Veterinary Website Designers.  Goldstien's letter denied copyright infringement and

COMPLAINT – Page 11

threatened legal and other action against Getty Images.  The photographic image is the subject of a pending copyright registration application, a true and correct copy of which is attached as Exhibit A-3.

i.       In or about September 2012, Getty Images identified a photographic image, with the catalog description "200355950-001 Dog with suitcase, wearing Hawaiian shirt," that had been reproduced, displayed, and distributed on the website www.countylinevethospital.com without authorization by Getty Images.  By letter dated December 4, 2012, Getty Images notified County Line Veterinary Hospital in Marlton, New Jersey that its use of the image was without authorization and constituted copyright infringement.  Getty Images received a response by letter from "Abraham Goldstien," who claimed he was "Legal Counsel" for defendant Virtual Clinics.  Goldstien's letter denied copyright infringement and threatened legal and other action against Getty Images.  The photographic image is the subject of copyright Certificate of Registration VA 1-850-499 (dated March 23, 2013), a true and correct copy of which is attached as Exhibit A-4.

j.       In or about November 2012, Getty Images identified a photographic image, with the catalog description "200523984-003 Young woman lying on floor with dog using mobile phone," that had been reproduced, displayed, and distributed on the website www.dogwoodvetlasercenter.com without authorization by Getty Images.  By letter dated December 27, 2012, Getty Images notified Dogwood Veterinary Hospital & Laser Center in Newnan, Georgia that its use of the image was without authorization and constituted copyright infringement.  Getty Images received a response by letter from "Abraham Goldstien," who claimed he was "Legal Counsel" for defendant Virtual Clinics.  Goldstien's letter denied copyright infringement and threatened legal and other action against Getty Images.  The photographic image is the subject of a pending copyright registration application

COMPLAINT – Page 12

1    (VA0001851063, dated March 12, 2013), a true and correct copy of which is

2    attached as Exhibit A-5.

3           k.      In or about December 2012, Getty Images identified two

4    photographic images, with the catalog descriptions "200523984-003 Young woman

5    lying on floor with dog using mobile phone" and "10104008 DOG COUPLE," that

6    had been reproduced, displayed, and distributed on the website

7    www.vetwebdesigners.com without authorization by Getty Images.  Upon

8    information and belief, the identified site was designed and is owned, operated

9    and/or controlled by defendants Virtual Clinics and Veterinary Website Designers,

10   and used by them to promote defendants' website development services.  The

11   photographic images are the subject of pending copyright registration applications.

12   True and correct copies of the pending applications are attached as Exhibits A-5 and

13   A-6, respectively.  Defendants' infringements of the subject images are continuing.

14          l.      In or about January 2013, Getty Images identified two photographic

15   images, with the catalog descriptions "200396789-001 Brown and white dog licking

16   tabby cat" and "BD8365-001 Chinchilla cat wearing diamond tiara, resting on

17   cushion," that had been reproduced, displayed, and distributed on the website

18   www.ah-bc.com without authorization by Getty Images.  Upon information and

19   belief, the identified site was designed by defendants Virtual Clinics and Veterinary

20   Website Designers.  The first photographic image is the subject of copyright

21   Certificate of Registration VAu 713-178 (dated August 18, 2006); the second

22   photographic image is the subject of a pending copyright registration application.

23   True and correct copies of the Certificate of Registration and the pending

24   application are attached as Exhibits A-2 and A-7, respectively.  Defendants'

25   infringements of the subject images are continuing.

26

COMPLAINT – Page 13

1        m.       In or about March 2013, Getty Images identified a photographic

2    image, with the catalog description "200355950-001 Dog with suitcase, wearing

3    Hawaiian shirt," that had been reproduced, displayed, and distributed on the

4    websites www.canyonparkvet.com, www.companionbellevue.com,

5    www.avondalevet.com, www.hanoverparkvet.com and www.petvetstoneycreek.com

6    without authorization by Getty Images.  Upon information and belief, the identified

7    sites were designed by defendants Virtual Clinics and Veterinary Website

8    Designers.  The photographic image is the subject of copyright Certificate of

9    Registration VA 1-850-499 (dated March 13, 2013), a true and correct copy of

10    which is attached as Exhibit A-4.  Defendants' infringements of the subject image

11    are continuing.

12        n.       In or about March 2013, Getty Images identified a photographic

13    image, with the catalog description "CB8638-001 Male executive wearing telephone

14    headset, smiling, portrait," that had been reproduced, displayed, and distributed on

15    the website www.virtualclinics.net without authorization by Getty Images.  Upon

16    information and belief, the identified site was designed and is owned, operated

17    and/or controlled by defendants Virtual Clinics and Veterinary Website Designers,

18    and used by them to promote defendants' website development services.  The

19    photographic image is the subject of a pending copyright registration application, a

20    true and correct copy of which is attached as Exhibit A-8.  Defendants' infringement

21    of the subject image is continuing.

22        o.       In or about March 2013, Getty Images identified a photographic

23    image, with the catalog description "200137589-001 Pit bull mix dog with tongue

24    out, close-up," that had been reproduced, displayed, and distributed on the websites

25    www.petclinicwebsites.com, www.boonevethospital.com,

26    www.dogwoodvetlasercenter.com, www.hometownvetservices.com and

COMPLAINT – Page 14

www.villageanimalhospitaljericho.com without authorization by Getty Images. Upon information and belief, the identified websites were designed by defendants Virtual Clinics and Veterinary Website Designers.  The photographic image is the subject of a pending copyright registration application, a true and correct copy of which is attached as Exhibit A-9.  Defendants' infringements of the subject image are continuing.

p.       In or about March 2013, Getty Images identified a photographic image, with the catalog description "887206-001 Tabby cat wearing toy glasses and stethoscope, close-up," that had been reproduced, displayed, and distributed on the website www.lennoxanimalhospital.com without authorization by Getty Images. Upon information and belief, the identified site was designed by defendants Virtual Clinics and Veterinary Website Designers.  The photographic image is the subject of a pending copyright registration application, a true and correct copy of which is attached as Exhibit A-10.  Defendants' infringement of the subject image is continuing.

q.       In or about March 2013, Getty Images identified a photographic image, with the catalog description "489050-016 White, standard poodle sitting on sofa watching television, pink cast," that had been reproduced, displayed, and distributed on the websites www.northernvalleyvet.com and www.petvetstoneycreek.com without authorization by Getty Images.  Upon information and belief, the identified sites were designed by defendants Virtual Clinics and Veterinary Website Designers.  The photographic image is the subject of a pending copyright registration application, a true and correct copy of which is attached as Exhibit A-11.  Defendants' infringements of the subject image are continuing.

COMPLAINT – Page 15

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1    r.    In or about March 2013, Getty Images identified a photographic

2    image, with the catalog description "sb10069917c-001 Profile of Dalmatian

3    yawning, fly going into mouth," that had been reproduced, displayed, and

4    distributed on the website www.avondalevet.com without authorization by Getty

5    Images.  Upon information and belief, the identified site was designed by

6    defendants Virtual Clinics and Veterinary Website Designers.  The photographic

7    image is the subject of copyright Certificate of Registration VA 1-740-624 (dated

8    September 22, 2010), a true and correct copy of which is attached as Exhibit A-12.

9    Defendants' infringement of the subject image is continuing.

10    Each of the images identified in the preceding subparagraphs was exclusively licensed to

11    Getty Images at the time the infringing use was identified.  The images remain exclusively

12    licensed to Getty Images today.

13    24.    Defendants' infringements were and are willful and deliberate, and done

14    with knowledge of the copyrights held by Getty Images and the photographers it represents.

15    By way of example, defendants were on notice of the copyrights held by Getty Images and

16    the photographers it represents, yet defendants continued to make infringing uses of those

17    images:

18    a.    ***Getty Images catalog description "200396789-001 Brown and white***

19    ***dog licking tabby cat."***  Defendants received written notice of Getty Images' rights

20    in the subject image at least as early as January 19, 2012, when Getty Images wrote

21    to object to the infringing use of the image in defendants' website

22    www.canyonparkvet.com.  In willful disregard of the rights held by Getty Images,

23    defendants continued to make repeated infringing uses of the subject image in

24    websites created by them, including www.companionchillicothe.com (Getty Images

25    notice February 16, 2012), www.texas-petvax (Getty Images notice March 15,

26    2012) and www.ah-bc.com (infringing use continuing).

COMPLAINT – Page 16

b. ***Getty Images catalog description "200374104-001 Dog sleeping in bed between two people (focus on feet)."*** Defendants received written notice of Getty Images' rights in the subject image at least as early as June 30, 2011, when Getty Images objected to the infringing use of the image in defendants' website www.hotspringsvillagewebsites.com.  In willful disregard of the rights held by Getty Images, defendants continued to make repeated infringing uses of the subject image in websites created by them, including www.unioncityvetmedcenter.com (Getty Images notice January 12, 2012), www.canyonparkvet.com (Getty Images notice January 19, 2012), www.aucccmi.com (Getty Images notice April 12, 2012) and www.abcanimalclinic.com (Getty Images notice April 26, 2012).

c. ***Getty Images catalog description "200355950-001 Dog with suitcase, wearing Hawaiian shirt."*** Defendants received written notice of Getty Images' rights in the subject image at least as early as December 4, 2012, when Getty Images objected to the infringing use of the image in defendants' website www.countylinevethospital.com.  In willful disregard of the rights held by Getty Images, defendants continued to make infringing uses of the subject image in websites created by them, including www.canyonparkvet.com (infringing use continuing), www.companionbellevue.com (same), www.avondalevet.com (same), www.hanoverparkvet.com (same) and www.petvetstoneycreek.com (same).

d. ***Getty Images catalog description "200523984-003 Young woman lying on floor with dog using mobile phone."*** Defendants received written notice of Getty Images' rights in the subject image at least as early as December 27, 2012, when Getty Images objected to the infringing use of the image in defendants' website www.dogwoodvetlasercenter.com.  In willful disregard of the rights held by Getty Images, defendants continued to make infringing uses of the subject image in

COMPLAINT – Page 17

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1    websites created by them, including www.vetwebdesigners.com (infringing use

2    continuing).

3    25.    In an attempt to conceal their continuing infringements from Getty Images,

4    Defendants have, without authorization, modified, altered and incorporated copyright-

5    protected elements of the photographic images exclusively licensed to Getty Images.  By

6    way of example, in willful and deliberate disregard of the exclusive right granted to

7    copyright owners to prepare derivative works, defendants have made unauthorized

8    alterations to the following photographic images:

9        a.    *Getty Images catalog description "200374104-001 Dog sleeping in*

10   *bed between two people (focus on feet)."*  Defendants have made unauthorized

11   alterations to the subject image (addition of spots) as reproduced by defendants on

12   websites created by them, including www.canyonparkvet.com,

13   www.abcanimalclinic.com, www.aucccmi.com and

14   www.unioncityvetmedcenter.com.

15       b.    *Getty Images catalog description "200355950-001 Dog with*

16   *suitcase, wearing Hawaiian shirt."*  Defendants have made unauthorized alterations

17   to the subject image (alteration of face, background) as reproduced by defendants on

18   websites created by them, including www.canyonparkvet.com,

19   www.companionbellevue.com, www.avondalevet.com,

20   www.countylinevethospital.com, www.hanoverparkvet.com and

21   www.petvetstoneycreek.com.

22       c.    *Getty Images catalog description "200523984-003 Young woman*

23   *lying on floor with dog using mobile phone."*  Defendants have made unauthorized

24   alterations to the subject image (alteration of dog face) as reproduced by defendants

25   on websites created by them, including www.dogwoodvetlasercenter.com and

26   www.vetwebdesigners.com (owned by defendants).

COMPLAINT – Page 18

d. ***Getty Images catalog description "10104008 DOG COUPLE."*** Defendants have made unauthorized alterations to the subject image (addition of third dog) as reproduced by defendants on websites created by them, including www.vetwebdesigners.com (owned by defendants).

e. ***Getty Images catalog description "BD8365-001 Chinchilla cat wearing diamond tiara, resting on cushion."*** Defendants have made unauthorized alterations to the subject image (alteration of cat face) as reproduced by defendants on websites created by them, including www.ah-bc.com.

f. ***Getty Images catalog description "489050-016 White, standard poodle sitting on sofa watching television, pink cast."*** Defendants have made unauthorized alterations to the subject image (alteration of dog face, background) as reproduced by defendants on websites created by them, including www.northernvalleyvet.com and www.petvetstoneycreek.com.

g. ***Getty Images catalog description "200137589-001 Pit bull mix dog with tongue out, close-up."*** Defendants have made unauthorized alterations to the subject image (alteration of dog face) as reproduced by defendants on websites created by them, including www.petclinicwebsites.com (owned by defendants), www.boonevethospital.com, www.dogwoodvetlasercenter.com, www.hometownvetservices.com and www.villageanimalhospitaljericho.com.

h. ***Getty Images catalog description "887206-001 Tabby cat wearing toy glasses and stethoscope, close-up."*** Defendants have made unauthorized alterations to the subject image (alteration of background, briefcase in foreground) as reproduced by defendants on websites created by them, including www.lennoxanimalhospital.com.

26. In an attempt to intimidate Getty Images and dissuade Getty Images from enforcing its copyrights and the copyrights of the photographers it represents, defendants

COMPLAINT – Page 19

1    have threatened at various times to sue Getty Images, to file complaints against Getty

2    Images with various federal and state regulatory agencies, to report lawyers working for

3    Getty Images to state bar associations for disciplinary action, and to take other unwarranted

4    actions.

5         27.    In an attempt to protect their business and mislead the public, including,

6    upon information and belief, veterinary and other customers of Virtual Clinics and

7    Veterinary Website Designers, defendants have created purported "public information"

8    websites that seek to disparage Getty Images and its legal counsel:

9    www.stopgettyimages.com ("Stop Getty Images Harassment") and

10   www.timothybmccormack.com.[3]

11        28.    Defendants have engaged in similar conduct with respect to their business

12   competitors.  For example, in November 2012, defendants Ryan, Camp, Virtual Clinics,

13   Veterinary Website Designers and others were sued for trademark, defamation, trade libel

14   and other claims in the action *Internet Matrix, Inc. v. Kendra Ryan, et al.*, No. 3:12-cv-

15   02746 (United States District Court, Southern District of California).  The claims asserted

16   by the plaintiff in that action included a claim under 15 U.S.C. § 1125(d) arising from

17   defendants' creation of purported "public service sites" that were alleged to falsely

18   disparage and defame plaintiff's business.

19        29.    Similar to the allegations alleged in this Complaint, the purported "public

20   service sites" allegedly created by defendants were titled "Stop the Vet Matrix Harassment"

21   and included links and information for filing complaints against plaintiff Vet Matrix with

22   various federal and state regulatory agencies and other actions.  That case resulted in a

23   default judgment against defendants that awarded $1,025,242 in damages to plaintiff.  *See*

24   Default Judgment (Feb. 11, 2013) (Dkt. # 16).  Upon information and belief, plaintiff also

25

26   [3] Timothy B. McCormack is a lawyer licensed by the state of Washington and has
represented Getty Images.  The website www.timothybmccormack.com redirects viewers to
www.stopgettyimages.com.

COMPLAINT – Page 20

YARMUTH WILSON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  reclaimed from defendants the domains used in connection with the "Stop the Vet Matrix

2  Harassment" websites.

3      30.    Getty Images now brings this action to recover damages resulting from

4  defendants' copyright infringements, and to enjoin future infringements by defendants of

5  those copyrights.

## FIRST CAUSE OF ACTION

### Copyright Infringement, 17 U.S.C. § 501, *et seq.*

8      31.    Getty Images repeats and incorporates by this reference each and every

9  allegation set forth in paragraphs 1 through 30, inclusive.

10     32.    Getty Images is the exclusive licensee of the photographic images that are

11  the subject of this action.  Among the rights granted to Getty Images is the exclusive right

12  to market and sublicense the right to copy, reproduce, display, modify, alter and create

13  derivative works of each image.  Additionally, Getty Images is granted the exclusive right

14  to make and control claims related to infringements of copyrights in the images.  A

15  certificate of registration has been issued for or an application for registration has been filed

16  with the United States Copyright Office with respect to each image, as evidenced by the

17  certificates and applications attached as Exhibit A.

18     33.    Defendants have reproduced, displayed, distributed and made other

19  infringing uses of the protected images, without authorization by Getty Images, including

20  defendants' infringing use of those images on the following websites:

21          www.virtualclinics.net

22          www.vetwebdesigners.com

23          www.petclinicwebsites.com

24          www.hotspringsvillagewebsites.com

25          www.abcanimalclinic.com

26          www.ah-bc.com

COMPLAINT – Page 21

1        www.aucccmi.com

2        www.avondalevet.com

3        www.boonevethospital.com

4        www.canyonparkvet.com

5        www.companionbellevue.com

6        www.companionchillicothe.com

7        www.countylinevethospital.com

8        www.dogwoodvetlasercenter.com

9        www.hometownvetservices.com

10       www.lennoxanimalhospital.com

11       www.northernvalleyvet.com

12       www.petvetstoneycreek.com

13       www.texas-petvax.com

14       www.unioncityvetmedcenter.com

15       www.villageanimalhospitaljericho.com

16       34.    Defendants have modified, altered and incorporated copyright-protected

17  elements of the subject images in purported new works, without authorization by Getty

18  Images and in an attempt to conceal their continuing infringements from Getty Images, in

19  violation of 17 U.S.C. § 106(3) granting to a copyright owner the exclusive right to prepare

20  derivative works based upon a copyrighted work.

21       35.    As a result of the foregoing activities, defendants are liable to Getty Images

22  for willful infringement under 17 U.S.C. § 501, *et seq*.

23       36.    Getty Images has suffered, and will continue to suffer, substantial and

24  irreparable damage to its business reputation and goodwill as a result of defendants'

25  infringements.  In addition to its actual damages, Getty Images is entitled to an award of

26  any profits made by defendants from their wrongful acts pursuant to 17 U.S.C. § 504.  In

COMPLAINT – Page 22

the alternative, Getty Images is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), which should be enhanced in accordance with 17 U.S.C. § 504(c)(2) due to defendants' willful conduct.

37.   Getty Images has no adequate remedy at law for defendants' wrongful conduct in that: (1) the subject images are unique and valuable properties; (2) defendants' infringements interfere with Getty Images' goodwill and customer relations; and (3) defendants' infringements and damage resulting therefrom are continuing.  Getty Images is entitled therefore to injunctive relief pursuant to 17 U.S.C. § 502, and an order impounding all infringing materials pursuant to 17 U.S.C. § 503.

38.   Getty Images is also entitled to recover its attorney's fees and costs pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff Getty Images respectfully requests judgment as follows:

(1)   That the Court enter a judgment against defendants finding that they have willfully infringed Getty Images' rights in the photographic images listed in Exhibit A;

(2)   That the Court enter an order, pursuant to 17 U.S.C. § 502(a), enjoining and restraining defendants, and any persons or entities controlled directly or indirectly by defendants, from engaging in the following conduct:

(a)   reproducing, distributing, displaying or making any other infringing uses of the photographic images listed in Exhibit A;

(b)   modifying, altering or incorporating copyright-protected elements of the photographic images listed in Exhibit A in new works;

(c)   making any infringing uses of photographic images owned by or exclusively licensed to Getty Images; and

(d)   assisting, aiding or abetting any other person or entity in engaging or performing any of the activities referred to in subparagraphs (a), (b) and (c) above;

COMPLAINT – Page 23

YARMUTH WILSON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1    (3)    That the Court enter an order, pursuant to 17 U.S.C. § 503 and 28 U.S.C. §

2    1651(a), impounding all infringing photographic images, and any related items, including

3    business records, that are in defendants' possession or under their control, and ordering the

4    return, remedial destruction, or other appropriate disposition of all impounded items;

5    (4)    That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that

6    defendants hold in trust, as constructive trustees for the benefit of Getty Images, all profits

7    received by defendants from their infringing uses of the photographic images listed in

8    Exhibit A, and requiring defendants to provide Getty Images a full and complete accounting

9    of all profits received by defendants;

10    (5)    That the Court order defendants to pay actual or statutory damages to Getty

11    Images, as follows:

12        (a)    As to works registered before defendants' infringements, an award of

13        either:

14            (i)    actual damages suffered by Getty Images as a result of

15        defendants' infringements and all profits of defendants that are attributable

16        to those infringements, pursuant to 17 U.S.C. § 504(b); or

17            (ii)    statutory damages, enhanced to a sum of not more than

18        $150,000 per work infringed, for defendants' willful infringement of

19        copyrights, pursuant to 17 U.S.C. § 504(c); and

20        (b)    As to works registered after defendants' infringements, an award of

21        actual damages suffered by Getty Images as a result of defendants' infringements

22        and all profits of defendants that are attributable to those infringements, pursuant to

23        17 U.S.C. § 504(b);

24    (6)    That the Court further order that defendants are jointly and severally liable

25    for damages awarded by the Court;

26

COMPLAINT – Page 24

1     (7)    That the Court order defendants, pursuant to 17 U.S.C. § 505, to pay full

2  costs, including reasonable attorney's fees, incurred by Getty Images in prosecuting this

3  action;

4     (8)    That the Court order prejudgment interest on the amount of any award to

5  Getty Images; and

6     (9)    That the Court grant to Getty Images such other and additional relief as is

7  just and proper.

8

9     DATED this 5th day of April, 2013.

10

11                    **YARMUTH WILSDON PLLC**

12                    By  s/ Scott T. Wilsdon
                       Scott T. Wilsdon, WSBA No. 20608
13                    818 Stewart Street, Suite 1400
                       Seattle, WA  98101
14                    Phone: 206.516.3800
                       Fax: 206.516.3888
15                    Email:  wilsdon@yarmuth.com

16                    Attorneys for Plaintiff Getty Images (US), Inc.

17

18

19

20

21

22

23

24

25

26

COMPLAINT – Page 25

# EXHIBIT A-1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-850-496

**Effective date of registration:**
March 4, 2013

---

## Title

**Title of Work:** Dog sleeping in bed between two people (focus on feet)

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** December 1, 2000        **Nation of 1st Publication:** United States

## Author

■        **Author:** Vedros Photography, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Vedros Photography, Inc.
**REDACTED**

## Rights and Permissions

**Organization Name:** Getty Images

**Address:** 605 - 5th Ave. S.
Ste. 400
Seattle, WA 98104  United States

## Certification

**Name:** Cynthia Sharp

**Date:** March 4, 2013

**Applicant's Tracking Number:** 1155538

---

Page 1 of 1

Registration #:  VA0001850496
Service Request #:  1-899723983



Getty Images
Cynthia Sharp
605 - 5th Ave. S.
Ste. 400
Seattle, WA 98104  United States

# EXHIBIT A-2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 713~178

AUG 18 2006
Month    Day    Year

---

ARATE CONTINUATION SHEET.

**1**  **TITLE OF THIS WORK ▼**                **NATURE OF THIS WORK ▼** See Instructions

G.K. & Vikki Hart-June 2006 Collection (134 photographs)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
N/A

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
GERALD KIMBLE HART

**DATES OF BIRTH AND DEATH**
Year Born ▼  1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of ▶ USA
☐ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **NAME OF AUTHOR ▼**
VIKKI W. HART

**DATES OF BIRTH AND DEATH**
Year Born ▼  1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of ▶ USA
☐ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2006 ◀Year  This information must be given ONLY if this work has been published.  In all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Month ▶ _____ Day ▶ _____ Year ▶ _____    ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GERALD KIMBLE HART, VIKKI W. HART
**REDACTED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 18 2006
ONE DEPOSIT RECEIVED
AUG 18 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

p.1    **REDACTED**    Hart Productions Inc.    Feb 27 13 05:46p

COMPLAINT - Page 30

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼

N/A

Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

G.K. & VIKKI HART

REDACTED

Area code and daytime telephone number ▶ REDACTED                    Fax number ▶ REDACTED

Email ▶

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GERALD K. HART                    VIKKI W. HART          Date ▶  8/17/06

Handwritten signature (X) ▼

X _____    Vikki W. Hart

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

G.K. & VIKKI HART

Number▼

REDACTED

City/State▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money   As of July 1, 1999,
   order payable to Register of Copyrights          the filing fee for
3. Deposit material                                         Form VA is $30.
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



p.1                                                              Hart Productions Inc.          Feb 27 13 05:47p

# EXHIBIT A-3

*-APPLICATION-*

## Title ─────────────────────────────────────────────

**Title of Work:** Mixed breed dog with paws covering eyes (200518841-002)

## Completion/Publication ────────────────────────────

**Year of Completion:** 2007

**Date of 1st Publication:** April 27, 2007       **Nation of 1st Publication:** United States

## Author ────────────────────────────────────────────

■      **Author:** Sharon Montrose

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant ────────────────────────────────

**Copyright Claimant:** Sharon Montrose Photographs, LLC

Redacted

**Transfer Statement:** By written agreement

## Rights and Permissions ────────────────────────────

**Organization Name:** GETTY IMAGES (US), INC.

**Email:** copyright@gettyimages.com       **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104

## Certification ─────────────────────────────────────

**Name:** Cynthia Sharp

**Date:** March 21, 2013

Page 1 of 1

**Registration #:**

**Service Request #:** 1-909358951

**Priority:** Routine    **Application Date:** March 21, 2013 10:16:02 PM

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.

**Name:** Cynthia  Sharp

**Email:** copyright@gettyimages.com    **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104

**Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-4

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-850-499

**Effective date of registration:**

March 13, 2013

---

**Title**

Title of Work: Dog with suitcase, wearing Hawaiian shirt (200355950-001)

**Completion/Publication**

Year of Completion: 2005

Date of 1st Publication: April 29, 2006    Nation of 1st Publication: United States

**Author**

Author: John William Banagan

Author Created: photograph(s)

Citizen of: Australia    Domiciled in: Australia

Year Born: 1949

**Copyright claimant**

Copyright Claimant: John William Banagan

REDACTED

**Rights and Permissions**

Organization Name: GETTY IMAGES

Email: copyright@gettyimages.com    Telephone: 206-925-5000

Address: 605 5th Avenue S, Suite 400

Seattle, WA 98104

**Certification**

Name: Cynthia Sharp

Date: March 13, 2013

---

Page 1 of 1

Registration #:   VA0001850499
Service Request #:   1-904983201



GETTY IMAGES
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-5

*-APPLICATION-*

## Title

**Title of Work:** Young woman lying on floor with dog using mobile phone (200523984-003)

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** April 3, 2007   **Nation of 1st Publication:** United States

## Author

■   **Author:** Larry Williams and Associates Design and Photography Inc.

**Pseudonym:** LWA

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** Canada   **Domiciled in:** Canada

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Larry Williams and Associates Design and Photography Inc.

Redacted

## Rights and Permissions

**Organization Name:** GETTY IMAGES

**Email:** copyright@gettyimages.com   **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104  United States

## Certification

**Name:** Cynthia Sharp

**Date:** March 12, 2013

**Applicant's Tracking Number:** 1284919

**Registration #:**
**Service Request #:** 1-904785421
**Priority:** Routine                    **Application Date:** March 12, 2013 07:19:31 PM

## Correspondent

**Organization Name:** GETTY IMAGES

**Name:** Cynthia  Sharp

**Email:** copyright@gettyimages.com                    **Telephone:** 206-925-5000

**Address:** 605 5th Ave. S, Suite 400
Seattle, WA 98104 United States
                                                        **Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104  United States

```
>

Type of Work:        Visual Material

Registration Number / Date:
                     VA0001851063 / 2013-03-12

Application Title: Young woman lying on floor with dog using mobile phone
                     (200523984-003)

Title:               Young woman lying on floor with dog using mobile phone
                     (200523984-003)

Description:         Electronic file (eService)

Copyright Claimant:
                     Larry Williams and Associates Design and Photography Inc.

Date of Creation:    2006

Date of Publication:
                     2007-04-03

Nation of First Publication:
                     United States

Authorship on Application:
                     LWA, pseud. of Larry Williams and Associates Design and
                       Photography Inc. (author of pseudonymous work), employer
                       for hire; Domicile: Canada; Citizenship: Canada.
                       Authorship: photograph(s)

Rights and Permissions:
                     GETTY IMAGES, 605 5th Avenue S, Suite 400, Seattle, WA,
                       98104, United States, (206) 925-5000,
                       copyright@gettyimages.com

Names:               LWA, pseud.
                     Larry Williams and Associates Design and Photography Inc.

==============================================================================
```

# EXHIBIT A-6

*-APPLICATION-*

## Title

**Title of Work:** DOG COUPLE (10104008)

## Completion/Publication

**Year of Completion:** 1999

**Date of 1st Publication:** March 1, 2000          **Nation of 1st Publication:** United States

## Author

■          **Author:** Gerald Kimble (G.K.) Hart

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1952

■          **Author:** Vikki W. Hart

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** Afghanistan

**Year Born:** 1952

## Copyright claimant

**Copyright Claimant:** Gerald Kimble (G.K.) Hart

Redacted

**Copyright Claimant:** Vikki W. Hart

Redacted

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GETTY IMAGES (US), INC. |
| **Email:** | copyright@gettyimages.com |
| **Address:** | 605 5th Avenue S, Suite 400 |
| | Seattle, WA 98104 |

**Telephone:**   206-925-5000

## Certification

| | |
|---|---|
| **Name:** | Cynthia Sharp |
| **Date:** | March 18, 2013 |
| **Applicant's Tracking Number:** | 1300088 |

**Registration #:**

**Service Request #:**  1-907601231

**Priority:**  Routine                    **Application Date:**  March 18, 2013 10:29:29 PM

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.

**Name:** Cynthia  Sharp

**Email:** copyright@gettyimages.com                    **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104
                                                        **Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-7

*-APPLICATION-*

## Title
**Title of Work:** Chinchilla cat wearing diamond tiara, resting on cushion (BD8365-001)

## Completion/Publication
**Year of Completion:** 2001

**Date of 1st Publication:** May 18, 2001          **Nation of 1st Publication:** United States

## Author
■          **Author:** Tim Flach Photography Ltd.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United Kingdom          **Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Tim Flach Photography Ltd.

Redacted

## Rights and Permissions
**Organization Name:** GETTY IMAGES (US), INC.

**Email:** copyright@gettyimages.com          **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104

## Certification
**Name:** Cynthia Sharp

**Date:** March 19, 2013

**Applicant's Tracking Number:** 1318619

**Registration #:**

**Service Request #:** 1-908007571

**Priority:** Routine                          **Application Date:** March 19, 2013 12:58:43 PM

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.

**Name:** Cynthia Sharp

**Email:** copyright@gettyimages.com                 **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400          **Alt. Telephone:** 206-925-5623
Seattle, WA 98104                                         **Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-8

*-APPLICATION-*

## Title

**Title of Work:** Male executive wearing telephone headset, smiling, portrait (CB8638-001)

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** October 31, 2001          **Nation of 1st Publication:** United States

## Author

■  **Author:** Laurence Monneret

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** France          **Domiciled in:** France

## Copyright claimant

**Copyright Claimant:** Laurence Monneret

Redacted

## Rights and Permissions

**Organization Name:** GETTY IMAGES (US), INC.

**Email:** copyright@gettyimages.com          **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104

## Certification

**Name:** Cynthia Sharp

**Date:** March 21, 2013

**Registration #:**
**Service Request #:** 1-909339071
**Priority:** Routine                    **Application Date:** March 21, 2013 09:01:43 PM

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.

**Name:** Cynthia Sharp

**Email:** copyright@gettyimages.com                **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104
                                                    **Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-9

*-APPLICATION-*

## Title ───────────────────────────────

**Title of Work:** Pit bull mix dog with tongue out, close-up (200137589-001)

## Completion/Publication ─────────────

**Year of Completion:** 2004

**Date of 1st Publication:** July 30, 2004          **Nation of 1st Publication:** United States

## Author ─────────────────────────────

■   **Author:** Julia Fishkin

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Julia Fishkin

REDACTED

## Rights and Permissions ─────────────

**Organization Name:** GETTY IMAGES (US), INC.

**Email:** copyright@gettyimages.com          **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104

## Certification ──────────────────────

**Name:** Cynthia Sharp

**Date:** April 1, 2013

**Registration #:**
**Service Request #:**  1-912781551

**Priority:** Routine                    **Application Date:** April 1, 2013 01:59:48 PM

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.
**Name:** Cynthia Sharp
**Email:** copyright@gettyimages.com          **Telephone:** 206-925-5000
**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104
                                            **Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-10

*-APPLICATION-*

## Title

**Title of Work:** Tabby cat wearing toy glasses and stethoscope, close-up (887206-001)

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** June 23, 1999      **Nation of 1st Publication:** United States

## Author

■     **Author:** Meredith Parmelee

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Meredith Parmelee

REDACTED

## Rights and Permissions

**Organization Name:** GETTY IMAGES (US), INC.

**Email:** copyright@gettyimages.com      **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104

## Certification

**Name:** Cynthia Sharp

**Date:** March 25, 2013

Page 1 of 1

**Registration #:**

**Service Request #:**  1-910889761

**Priority:**  Routine                    **Application Date:**  March 25, 2013 04:03:48 PM

## Correspondent

**Organization Name:** GETTY IMAGES (US), INC.

**Name:** Cynthia  Sharp

**Email:** copyright@gettyimages.com            **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104

**Fax:** 206-925-5000

## Mail Certificate

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-11

*-APPLICATION-*

## Title

**Title of Work:** White, standard poodle sitting on sofa watching television, pink cast (489050-016)

## Completion/Publication

**Year of Completion:** 1995

**Date of 1st Publication:** September 26, 1995    **Nation of 1st Publication:** United States

## Author

▪ **Author:** Donna Day

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Donna Day

Redacted

## Rights and Permissions

**Organization Name:** GETTY IMAGES (US), INC.

**Email:** copyright@gettyimages.com    **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400

Seattle, WA 98104

## Certification

**Name:** Cynthia Sharp

**Date:** March 20, 2013

**Registration #:**

**Service Request #:** 1-908744661

**Priority:** Routine          **Application Date:** March 20, 2013 06:42:15 PM

**Note to C.O.:** Donna Day (author and claimant) is the sole proprietor of, and also does business as, Donna Day Photography.

## Correspondent ───────────────────────────

**Organization Name:** GETTY IMAGES (US), INC.

**Name:** Cynthia  Sharp

**Email:** copyright@gettyimages.com          **Telephone:** 206-925-5000

**Address:** 605 5th Avenue S, Suite 400
Seattle, WA 98104
          **Fax:** 206-925-5000

## Mail Certificate ───────────────────────────

GETTY IMAGES (US), INC.
Cynthia Sharp
605 5th Avenue S, Suite 400
Seattle, WA 98104

# EXHIBIT A-12

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-740-624**

Effective date of registration:

September 22, 2010

---

### Title

Title of Work: GANDEE VASAN STOCK IMAGES - 21st SEPTEMBER 2010

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 21, 2010      Nation of 1st Publication: United Kingdom

### Author

- Author: Gandee Vaikunthavasan, dba Photographer

Pseudonym: Gandee Vasan

Author Created: photograph(s)

Work made for hire: No

Citizen of: United Kingdom             Domiciled in: United Kingdom

Pseudonymous: Yes

### Copyright claimant

Copyright Claimant: Gandee Vaikunthavasan, dba Photographer
REDACTED

### Rights and Permissions

Name: Rehman Nizam

Email: REDACTED             Telephone: REDACTED

Address:

### Certification

Name: Gandee Vasan

Date: September 22, 2010

Page 1 of 2

Registration #:    VA0001740624

Service Request #:   1-490751613





Gandee Vaikunthavasan