The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | No. 2:13-cv-00626-JLR |
| Plaintiff, | DECLARATION OF TIMOTHY B. MCCORMACK IN SUPPORT OF GETTY IMAGES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| VIRTUAL CLINICS, d/b/a VIRTUAL CLINICS USA; VETERINARY WEBSITE DESIGNERS, d/b/a VET WEB DESIGNERS; RONALD CAMP; KENDRA RYAN, a/k/a KENDRA CAMP; JOHN DOE ONE, a/k/a ABE and ABRAHAM GOLDSTIEN; and JOHN DOE TWO, a/k/a HARRY GRANGER, | Noted on Motion Calendar: August 2, 2013 |
| Defendants. | |

Timothy B. McCormack declares as follows:

1.      I am an attorney licensed by the State of Washington and am the founding member of McCormack Intellectual Property Law Business Law PS.  I have represented Getty Images (US), Inc. ("Getty Images") in copyright matters for several years.  I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

DECLARATION OF TIMOTHY B. MCCORMACK
IN SUPPORT OF GETTY IMAGES' RESPONSE
TO DEFENDANTS' MOTION TO DISMISS
2:13-cv-00626-JLR – Page 1

2.      I received a letter dated June 27, 2012, from "Abraham Goldstien" on behalf of Virtual Clinics.  The letter was sent to me at my office address in Seattle and indicated that copies had been sent to Veterinary Medical Center, the Disciplinary Board of the Washington State Bar Association, Washington State Attorney General Rob McKenna, and King County Prosecutor Dan Satterberg.  A true and correct copy of that letter is attached hereto as Exhibit 1.

3.      I received a letter dated January 23, 2013, from "Abraham Goldstien" on behalf of Virtual Clinics.  The letter was sent to me at my office address in Seattle and indicated that copies had been sent to Companion Animal Hospital, which I understand to be a veterinary clinic in Bellevue, Washington and the Disciplinary Board of the Washington State Bar Association.  In his letter, Mr. Goldstien stated that Virtual Clinics "was preparing to file a Complaint" against me with the Disciplinary Board of the Washington State Bar Association and threatened to "file charges" against me with the Washington State Attorney General Rob McKenna and King County Prosecutor Dan Satterberg.  The letter refers to Companion Animal Hospital as Virtual Clinics' client. Although the envelope by which the letter was delivered to my law firm lists a return address of Geneva, Switzerland, the envelope bears a postmark by the U.S. Postal Service showing that it was mailed from Orlando, Florida.  True and correct copies of the letter and envelope are attached hereto as Exhibit 2.

4.      I am aware of at least two Washington State Bar Association complaints (from Holistic Xchange (case 1085870) and OTC Penny Stock Awareness (case 1091514)) in which the complainant used a form letter available from the website www.stopgettyimages.com.  That website encouraged readers to lodge complaints with the Washington State Bar Association against me and other lawyers for Getty Images.

5.      I am aware of the website www.timothybmccormack.com that was created using my name and image without my authorization or approval.  Persons accessing that

DECLARATION OF TIMOTHY B. MCCORMACK
IN SUPPORT OF GETTY IMAGES' RESPONSE
TO DEFENDANTS' MOTION TO DISMISS
2:13-cv-00626-JLR – Page 2

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1    website were re-directed to the website www.stopgettyimages.com and encouraged to lodge

2    complaints with the Washington State Bar Association against me and other lawyers for

3    Getty Images.  The website www.timothybmccormack.com ceased to be accessible shortly

4    after this lawsuit was filed.

5

6        I declare under penalty of perjury that the foregoing is true and correct.

7        DATED: July _17th_, 2013.

8

9                                                    _____

10                                                    Timothy B. McCormack

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

YARMUTH  WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on 22nd day of July, 2013, I caused the foregoing to be

3   electronically filed with the Clerk of the Court using the CM/ECF system.

4          I also certify that I caused copies of the foregoing to be deposited with the United

5   States Postal Service, with first class postage affixed, addressed to the following non-

6   CM/ECF participants:

7

8   Ronald Camp                              Kendra Ryan, a/k/a Kendra Camp
    8616 Cavendish Drive                     8616 Cavendish Drive
9   Kissimmee, FL  34747                     Kissimmee, FL  34747

10  Veterinary Website Designers             Virtual Clinics
    d/b/a Vet Web Designers                  d/b/a Virtual Clinics USA
11  c/o Ronald Camp and Kendra Ryan          c/o Ronald Camp and Kendra Ryan
    8616 Cavendish Drive                     8616 Cavendish Drive
12  Kissimmee, FL 34747                      Kissimmee, FL 34747

13  Veterinary Website Designers             Virtual Clinics
    d/b/a Vet Web Designers                  d/b/a Virtual Clinics USA
14  4607 Lakeview Canyon Road, No. 193       4607 Lakeview Canyon Road, No. 193
    Westlake Village, CA  91361              Westlake Village, CA  91361
15

16

17          DATED this 22nd day of July, 2013.

18                                           **YARMUTH WILSDON PLLC**

19

20                                           By  s/ *Jeremy E. Roller*
                                             Scott T. Wilsdon, WSBA No. 20608
21                                           Jeremy E. Roller, WSBA No. 32021
                                             818 Stewart Street, Suite 1400
22                                           Seattle, WA  98101
                                             Phone: 206.516.3800
23                                           Fax: 206.516.3888
                                             Email: wilsdon@yarmuth.com
24                                                  jroller@yarmuth.com

25                                           Attorneys for Plaintiff Getty Images (US), Inc.

26

DECLARATION OF TIMOTHY B. MCCORMACK
IN SUPPORT OF GETTY IMAGES' RESPONSE
TO DEFENDANTS' MOTION TO DISMISS
2:13-cv-00626-JLR – Page 4

750.03 ng170404 7/22/13

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# EXHIBIT 1

 

## Virtual Clinics
### Your Rx For Medical & Veterinary Website Design

*Rue du Rhone 14      1204 Genève, Suisse*

June 27, 2012

Mr. Timothy B. McCormack
617 Lee St.
Seattle, WA 98109

Re:  Getty Images Reference No. 1154064 – Veterinary Medical Center

We are in receipt of your letter dated 31 May 2012 to Veterinary Medical Center in which you misrepresent having filed a fictitious lawsuit by using Getty Images in-house Reference number in your "RE:" line which reads "**Getty Images v. Veterinary Medical Center  Case No. 1154064**". No such lawsuit has been filed with the King County Courthouse, nor has the Docket Number 1154064 been recorded by the King County Court Clerk's office.

Despite the fact that Getty Images was notified in writing on 22 April 2012 that this office has been retained as Legal Counsel in this matter, Getty Images disregarded our instructions to forward any and all correspondence regarding its baseless accusations of copyright infringement by our client, to this office.  Getty Images has repeatedly continued to harass, threaten and attempt to extort money for alleged copyright infringement of an image for which Getty Images refuses to produce a valid copyright registration number issued by the U.S. Copyright Office of Washington D.C.  Getty Images continues to directly contact Veterinary Medical Center, despite the fact that you have been notified Veterinary Medical Center is represented by Counsel.

On 27 June 2012, this office sent Getty Images a Second Request to Cease & Desist the harassment of our client by means of, but not limited to, written correspondence, E-mail, telephone calls, and contact from third party collection agencies.  On 1 May 2012, Getty Images again ignored the fact the our client, Veterinary Medical Center, is represented by Counsel, and not only contacted Veterinary Medical Center directly, but even attached a copy of our Letter of Legal Representation with their date stamp "received".  In any future legal proceedings against Getty Images, we will demand that Getty Images stipulate to the fact that they were informed on 22 April 2012 that our client was represented by Counsel, yet deliberately and with malice of forethought, circumvented Legal Counsel for the express purpose of attempted illegal extortion.

We are now moving forward with a Complaint against you and Getty Images for violations of the FTC Fair Debt Collection Act.  In addition, we are preparing to file a Complaint with the Washington State Bar Association's Disciplinary Board against you for ethics violations.  Should you continue to make any attempts to circumvent our office and/or continue to harass our client using claims of a fictitious court filing, we will file charges against you, with Mr. Rob McKenna, Attorney General for the State of Washington and with District Attorney, Dan Satterberg, of King County, for attempted extortion and ethics violations.

We reject your Demand for Settlement and you are hereby notified for the third and final time, to Cease and Desist any and all extortion attempts, threats, misrepresentations, fake invoices, fictitious lawsuit claims, and all means of communication with Veterinary Medical Center.  Should you contact our client again, we will immediately take action to file multiple Complaints with said Consumer Protection Agencies named herein, against you personally, and Getty Images, et al.  This is your final warning.

Govern yourself accordingly,

Abraham Goldstien, Esq.

Cc: Veterinary Medical Center
   Julie Shankland, WA State Bar Assoc. Disciplinary Board
   Attorney General Rob McKenna
   D.A. Dan Satterberg, King County Courthouse

*5-2.2*

# EXHIBIT 2

 

*Virtual Clinics*

Your Rx For Medical & Veterinary Website Design

*Rue du Rhone 14*     *1204 Genève, Suisse*

January 23, 2013

Mr. Timothy B. McCormack
617 Lee St.
Seattle, WA 98109

Re:  Getty Images Reference No. 1165335 – Companion Animal Hospital, Inc.

We are in receipt of your letter dated 13 December 2012 to Companion Animal Hospital in which you misrepresent having filed a fictitious lawsuit by using Getty Images in-house Reference number in your "RE:" line which reads "**Getty Images v. Companion Animal Hospital, Inc.  Case No. 1154064**". No such lawsuit has been filed with the King County Courthouse, nor has any Docket Number 1154064 been recorded by the King County Court Clerk's office.

Despite the fact that Getty Images was notified in writing on 22 May 2012 that this office has been retained as Legal Counsel in this matter, Getty Images disregarded our instructions to forward any and all correspondence regarding its baseless accusations of copyright infringement by our client, to this office.  Getty Images has repeatedly continued to harass, threaten and attempt to extort money for alleged copyright infringement of an image for which Getty Images refuses to produce a valid copyright registration number issued by the U.S. Copyright Office of Washington D.C.  Getty Images continues to directly contact Companion Animal Hospital, despite the fact that your client was duly notified that Companion Animal Hospital is represented by Counsel.

Your client continues to deliberately and with malice of forethought, circumvent Legal Counsel for the express purpose of attempted illegal extortion of funds from my client by means of false representation including but not limited to, claims of filing of a lawsuit with a fictitious Case Number, and accusations of copyright infringement for which your client holds no U.S. Copyright Certificate of Registration.

We are now moving forward with a Complaint against you and Getty Images for violations of the FTC Fair Debt Collection Act.  In addition, we are preparing to file a Complaint with the Washington State Bar Association's Disciplinary Board against you for ethics violations.  Should you continue to make any attempts to circumvent our office and/or continue to harass our client using claims of a fictitious court filing, we will file charges against you, with Mr. Rob McKenna, Attorney General for the State of Washington and with District Attorney, Dan Satterberg, of King County, for attempted extortion and ethics violations.

We reject your Demand for Settlement and you are hereby notified for the final time, to Cease and Desist any and all extortion attempts, threats, misrepresentations, fake invoices, fictitious lawsuit claims, and all means of communication with Companion Animal Hospital.  Should you contact our client again, we will immediately take action to file multiple Complaints with said Consumer Protection Agencies named herein, against you personally, and Getty Images, et al.  This is your final warning.

Govern yourself accordingly,

Abraham Goldstien, Esq.

Cc: Companion Animal Hospital
    Julie Shankland, WA State Bar Assoc. Disciplinary Board



PORTLAND OR 970

23 JAN 2013 PM 2 L

Timothy B. McCormack
Attorney at Law
617 Lee St.
Seattle, WA 98109

98105394251?

ldddddllllddddddddddddddlllddll

Virtual Clinics Intl.
Département Juridique
Rue du Rhone 14
1204 Genève CH

DECL. OF TIMOTHY B. MCCORMACK ISO GETTY
IMAGES' RESPONSE TO DEFS' MOTION TO DISMISS
2:13-cv-00626-JLR - Page 9